CC: Robert Nadres; Statistics

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DEEPAK VOHRA, | ) | CASE NO. SA CV 04-00972 DSF (RZ) |
| Plaintiff, | ) ) | ORDER – |
| | ) | 1.   ACCEPTING AND ADOPTING |
| vs. | ) ) | POST-REMAND REPORT AND RECOMMENDATION OF UNITED STATES |
| | ) | MAGISTRATE JUDGE; and |
| UNITED STATES OF AMERICA, ET AL., | ) | 2.   WITHDRAWING REFERENCE TO |
| Defendants. | ) ) | MAGISTRATE JUDGE |

The Court has reviewed the file in this matter, including the Post-Remand Report and Recommendation of United States Magistrate Judge.  Further, the Court has engaged in a *de novo* review of those portions of the Post-Remand Report to which the parties have filed objections.

The Court –

(1)   accepts the Post-Remand Report and adopts its findings and recommendations;

(2)   denies Plaintiff's motion for summary judgment or summary adjudication;

(3)    grants in part and denies in part Defendants' motion for summary judgment or summary adjudication;

(4)    dismisses from the action, with prejudice, (a) Defendant Paul Weyland and (b) Claim 3 (religious discrimination); and

(5)    dismisses from the action, without prejudice, (a) Defendant United States and (b) Claims 4 (negligence) and 5 (intentional infliction of emotional distress).

When Judgment is entered, the Judgment shall reflect this ruling of the Court.

The reference of this matter to the Magistrate Judge is WITHDRAWN.

IT IS SO ORDERED.


DATED: 3/29/10

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE