O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEEPAK VOHRA,<br><br>             Plaintiff,<br><br>     vs.<br><br>UNITED STATES OF AMERICA, ET AL.,<br><br>             Defendants. | CASE NO. SA CV 04-00972 DSF (RZx)<br><br>JUDGMENT |

All Defendants named in this civil rights action have been dismissed with prejudice. Some won summary adjudication in March 2009. The remaining defendants, who came to be known as the "Federal Defendants" or the "ICE Defendants," stipulated with Plaintiff to their dismissal with prejudice in September 2011. Accordingly,

IT IS ORDERED AND ADJUDGED that the action is dismissed with prejudice.

DATED:   9/4/12

                                                                 Dale S. Fischer
                                                        _____
                                                             DALE S. FISCHER
                                                     UNITED STATES DISTRICT JUDGE